FILED 05 JUL '11 10:40 USDC-ORE

KAREN STOLZBERG, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone: (503) 251-0707
Fax: (503) 251-0708
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOSEPH W. DOAN**  Plaintiff,  vs.  **COMMISSIONER,** Social Security Administration,  Defendant. | Civil No.: 10-216-HO  ORDER REGARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, Joseph W. Doan, on behalf of his attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $4500.00.

If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Karen Stolzberg, and mailed to: 11830 SW Kerr Parkway, #315; Lake Oswego, OR 97035.

DATED 7/2/11

_____
UNITED STATES DISTRICT JUDGE

Presented by:
s/ KAREN STOLZBERG
Attorney for Plaintiff

Page 1 -- ORDER RE: EAJA FEES